United States Bankruptcy Court
Middle District of Pennsylvania

In re: Jude Ikechukwu Mabu
Debtor

Case No. 26-01914-HWV
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1 | User: AutoDocke | 
Date Rcvd: Aug 28, 2026 | Form ID: ntcnfhrg | Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jude Ikechukwu Mabu, 6756 Jonestown Rd., Harrisburg, PA 17112-3328 |
| cr | + | CrossCountry Mortgage, LLC, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108, UNITED STATES 92108-3808 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Aug 28 2026 18:47:00 | Athene Annuity and Life Company, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 5816708 | + | Email/Text: RASEBN@raslg.com | Aug 28 2026 18:47:00 | Athene Annuity and Life Company, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 5816165 | + | Email/Text: bankruptcy@bsifinancial.com | Aug 28 2026 18:47:00 | BSI Financial Srvs, Attn: Bankruptcy, 4200 Regent Blvd. Ste B200, Irving, TX 75063-2240 |
| 5816166 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2026 18:54:41 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5816167 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2026 18:54:43 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 5816168 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2026 18:54:36 | Citibank/The Home Depot, Citicorp Cr SrvsCentralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 5819827 | + | Email/Text: ecfbnc@aldridgepite.com | Aug 28 2026 18:47:00 | CrossCountry Mortgage, LLC, c/o ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 5816169 | + | Email/Text: Bankruptcy@ICSystem.com | Aug 28 2026 18:47:00 | IC Systems, Inc, Attn: Bankruptcy, 444 Highway 96 East P.O. Box 64378, St. Paul, MN 55164-0378 |
| 5824425 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 28 2026 18:48:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5816170 | + | Email/Text: Bankruptcies@nragroup.com | Aug 28 2026 18:48:00 | National Recovery Agency, Attn: Bankruptcy, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5816171 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 28 2026 18:47:00 | Nationstar Mortgage Ll, Attn: Bankruptcy, Po Box 612488, Dallas, TX 75261-2488 |
| 5819405 | | Email/Text: bankruptcy@reprisefinancial.com | Aug 28 2026 18:47:00 | Reprise Financial, 8333 Ridgepoint Drive #150, Irving, TX 75063 |
| 5816172 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 28 2026 18:48:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 5816173 | ^ | MEBN | Aug 28 2026 18:46:57 | Springlight Financial, Attn: Bankruptcy, P.O.Box |

| | | | | |
|---|---|---|---|---|
| | | | | 143514, Irving, TX 75014-3514 |
| 5816174 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2026 18:54:27 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5821053 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 28 2026 18:48:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 5816175 | + | Email/Text: bankruptcy@yendo.com | Aug 28 2026 18:47:00 | Yendo Inc, Attn: Bankruptcy Dept, 2700 Commerce St# 1001, Dallas, TX 75226-1404 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Jordan Matthew Katz | on behalf of Creditor Athene Annuity and Life Company jkatz@raslg.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Jude Ikechukwu Mabu pmurphy@dplglaw.com jsmalls@dplglaw.com;rreynolds@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Jude Ikechukwu Mabu,<br><br>**Debtor 1** | Chapter 13<br><br>Case No. 1:26−bk−01914−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**September 30, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: October 7, 2026<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 28, 2026 |

ntcnfhrg (08/21)