**<u>IN THE UNITED STATES BANKRUPTCY COURT</u>**
**<u>FOR THE MIDDLE DISTRICT OF PENNSYLVANIA</u>**

**IN RE: Jude Ikechukwu Mabu**
**Debtor(s)**

**BK NO. 26-01914 HWV**

**Chapter 13**

## <u>ENTRY OF APPEARANCE AND REQUEST FOR NOTICES</u>

To the Clerk:

Kindly enter my appearance on behalf of MidFirst Bank and index same on the master mailing list.

Respectfully submitted,

/s/Matthew Fissel
Matthew Fissel
31 Aug 2026, 16:48:25, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322