**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>Jude Ikechukwu Mabu<br><br>Debtor<br><br>BANC OF CALIFORNIA<br>Movant<br>vs.<br><br>Jude Ikechukwu Mabu<br>Debtor/Respondent<br>And<br>Jack N Zaharopoulos, Esq.,<br>Trustee/Respondent | : Bankruptcy No. 26-01914 HWV<br>: Chapter 13<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2002**

**PLEASE TAKE NOTICE** that the undersigned appears for BANC OF CALIFORNIA ("Creditor"), and pursuant to Bankruptcy Rules 2002(g) and 2002(h) and 9007 and Section 1109(b) of the Bankruptcy Code, requests that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect in any way any of the Creditor's rights or interest, with respect to Debtor or the property on which Creditor holds a mortgage lien.

Respectfully submitted,

Dated: September 14, 2026

**PINCUS & TARAB, ATTORNEYS AT LAW, PLLC**

By: /s/ *Daniel Fanaselle*

Daniel Fanaselle, Esquire
Five Greentree Centre,
525 Route 73 North, Suite 309
Marlton, NJ 08053
Telephone: 516-699-8902
Fax: 516-279-6990
Email: Dfanaselle@pincuslaw.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 26-01914 HWV |
| Jude Ikechukwu Mabu | : Chapter 13 |
| | : |
| Debtor | : |
| | : |
| BANC OF CALIFORNIA | : |
| Movant | : |
| vs. | : |
| | : |
| Jude Ikechukwu Mabu | : |
| Debtor/Respondent | : |
| And | : |
| Jack N Zaharopoulos, Esq., | : |
| Trustee/Respondent | : |

**CERTIFICATE OF SERVICE**

I, Daniel C. Fanaselle, certify that on September 14, 2026, I served true and correct copies of the Request for Notice on the following parties in the manner specified for each party below:

Paul Donald Murphy-Ahles, Esq.
Via CM/ECF
*Attorney for Debtor*

Jack N Zaharopoulos, Esq.
Via CM/ECF
*Trustee*

Jude Ikeechukwu Mabu
6756 Jonestown Rd.
Harrisburg, PA 17112
Via First Class Mail
*Debtor*

Respectfully submitted,

Dated: September 14, 2026

**PINCUS & TARAB, ATTORNEYS AT LAW, PLLC**

By: /s/ *Daniel C. Fanaselle*
Daniel C. Fanaselle, Esquire
Five Greentree Centre,
525 Route 73 North, Suite 309
Marlton, NJ 08053
Telephone: 516-699-8902
Fax: 516-279-6990
Email: @pincuslaw.com