**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**In re:**

| | |
|---|---|
| **Jude Ikechukwu Mabu,**<br>**Debtor 1** | **Chapter 13**<br><br>**Case No. 1:26-bk-01914-HWV**<br><br>**Matter: Motion for Mortgage Modification** |

**DEBTOR(S)' MOTION FOR MORTGAGE MODIFICATION**

AND NOW, come the Debtor(s), Jude Ikechukwu Mabu, through his attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Motion for Mortgage Modification and aver as follows:

1. This case commenced on July 6, 2026, when Debtor(s) filed a voluntary Petition for relief under Chapter 13 of the Bankruptcy Code.
2. The Chapter 13 Plan proposes to cure mortgage arrearages owed to Midland Mortgage.
3. Midland Mortgage holds a valid first mortgage against Debtor(s)' personal residence located at 6756 Jonestown Rd. Harrisburg, PA 17112.
4. Midland Mortgage has offered the Debtor(s) a Loan Modification on the first mortgage with the following terms:
    a. Under the modified Note, Midland Mortgage will take a Promissory Note for Twenty-One Thousand Five Hundred Eighty-Nine Dollars and Nine Cents ($21,589.09) which accounts for all prepetition arrear on the Real Property due on or before maturity of the loan which is April 1, 2054. A copy of the Loan Modification Agreement is attached hereto as Exhibit "A".
5. The loan modification is in the best interest of the Debtor(s) as it cures all pre-petition arrearages and lowers Debtor's Chapter 13 Plan Payments.

WHEREFORE, the Debtor(s) respectfully request this Honorable Court to approve the Mortgage Modification with Midland Mortgage.

Respectfully submitted,
**DETHLEFS PYKOSH & MURPHY**

Date: September 18, 2026

/s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**In re:**

| | |
|---|---|
| **Jude Ikechukwu Mabu,**<br>**Debtor 1** | **Chapter 13**<br><br>**Case No. 1:26-bk-01914-HWV**<br><br>**Matter: Motion for Mortgage Modification** |

**NOTICE**

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002-1(a), the Court will consider this Motion without further notice of hearing unless a party in interest files an objection/response on or before **10-9-2026**. If you object to the relief requested, you must file your objection/response with the Court of the Court and serve a copy of on the Movant and Movant's Attorney.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing, and you will be notified. If you do not file an objection within the permitted time, the Court will deem the Motion unopposed and proceed to consider the Motion without further notice or hearing and the Court may grant the relief requested.

Date: September 18, 2026

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
DETHLEFS PYKOSH & MURPHY
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**In re:**

| | |
|---|---|
| **Jude Ikechukwu Mabu,**<br>**Debtor 1** | **Chapter 13**<br><br>**Case No. 1:26-bk-01914-HWV**<br><br>**Matter: Motion for Mortgage Modification** |

**ORDER OF COURT**

UPON CONSIDERATION Debtor(s)' Motion for Mortgage Modification, and the Court finding that the relief prayed for is warranted and proper under the circumstances, and the Court being otherwise fully advised:

IT IS THEREFORE ORDERED that Debtor(s)' Motion is hereby GRANTED; and Debtor(s) and Midland Mortgage are granted APPROVAL by the Court to enter into the Mortgage Modification.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**In re:**

| | |
|---|---|
| **Jude Ikechukwu Mabu,**<br>**Debtor 1** | **Chapter 13**<br><br>**Case No. 1:26-bk-01914-HWV**<br><br>**Matter: Motion for Mortgage Modification** |

**CERTIFICATE OF SERVICE**

I hereby certify that on Friday, September 18, 2026, I served a true and correct copy of the **Debtor(s)' Motion for Mortgage Modification, Notice of Opportunity to Object and Hearing, and proposed Order** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ RJ Reynolds

RJ Reynolds
Paralegal for Paul D. Murphy-Ahles, Esquire