**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**In re:**

| | |
|---|---|
| **Jude Ikechukwu Mabu,**<br>**Debtor 1** | **Chapter 13**<br><br>**Case No. 1:26-bk-01914-HWV**<br><br>**Matter: Motion for Mortgage Modification** |

**DEBTOR(S)' MOTION FOR MORTGAGE MODIFICATION**

AND NOW, come the Debtor(s), Jude Ikechukwu Mabu, through his attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Motion for Mortgage Modification and aver as follows:

1. This case commenced on July 6, 2026, when Debtor(s) filed a voluntary Petition for relief under Chapter 13 of the Bankruptcy Code.
2. The Chapter 13 Plan proposes to cure mortgage arrearages owed to Midland Mortgage.
3. Midland Mortgage holds a valid first mortgage against Debtor(s)' personal residence located at 6756 Jonestown Rd. Harrisburg, PA 17112.
4. Midland Mortgage has offered the Debtor(s) a Loan Modification on the first mortgage with the following terms:
    a. Under the modified Note, Midland Mortgage will take a Promissory Note for Twenty-One Thousand Five Hundred Eighty-Nine Dollars and Nine Cents ($21,589.09) which accounts for all prepetition arrear on the Real Property due on or before maturity of the loan which is April 1, 2054. A copy of the Loan Modification Agreement is attached hereto as Exhibit "A".
5. The loan modification is in the best interest of the Debtor(s) as it cures all pre-petition arrearages and lowers Debtor's Chapter 13 Plan Payments.

WHEREFORE, the Debtor(s) respectfully request this Honorable Court to approve the Mortgage Modification with Midland Mortgage.

Respectfully submitted,
**DETHLEFS PYKOSH & MURPHY**

Date: September 18, 2026

/s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**In re:**

| | |
|---|---|
| **Jude Ikechukwu Mabu,**<br>**Debtor 1** | **Chapter 13**<br><br>**Case No. 1:26-bk-01914-HWV**<br><br>**Matter: Motion for Mortgage Modification** |

## NOTICE

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002-1(a), the Court will consider this Motion without further notice of hearing unless a party in interest files an objection/response on or before **10-9-2026**. If you object to the relief requested, you must file your objection/response with the Court of the Court and serve a copy of on the Movant and Movant's Attorney.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing, and you will be notified. If you do not file an objection within the permitted time, the Court will deem the Motion unopposed and proceed to consider the Motion without further notice or hearing and the Court may grant the relief requested.

Date: September 18, 2026

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
DETHLEFS PYKOSH & MURPHY
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**In re:**

| | |
|---|---|
| **Jude Ikechukwu Mabu,**<br>**Debtor 1** | **Chapter 13**<br><br>**Case No. 1:26-bk-01914-HWV**<br><br>**Matter: Motion for Mortgage Modification** |

**ORDER OF COURT**

UPON CONSIDERATION Debtor(s)' Motion for Mortgage Modification, and the Court finding that the relief prayed for is warranted and proper under the circumstances, and the Court being otherwise fully advised:

IT IS THEREFORE ORDERED that Debtor(s)' Motion is hereby GRANTED; and Debtor(s) and Midland Mortgage are granted APPROVAL by the Court to enter into the Mortgage Modification.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**In re:**

| | |
|---|---|
| **Jude Ikechukwu Mabu,**<br>**Debtor 1** | **Chapter 13**<br><br>**Case No. 1:26-bk-01914-HWV**<br><br>**Matter: Motion for Mortgage Modification** |

**CERTIFICATE OF SERVICE**

I hereby certify that on Friday, September 18, 2026, I served a true and correct copy of the **Debtor(s)' Motion for Mortgage Modification, Notice of Opportunity to Object and Hearing, and proposed Order** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ RJ Reynolds

RJ Reynolds
Paralegal for Paul D. Murphy-Ahles, Esquire

Label Matrix for local noticing
0314-1
Case 1:26-bk-01914-HWV
Middle District of Pennsylvania
Harrisburg
Fri Sep 18 16:53:45 EDT 2026

Athene Annuity and Life Company
Robertson, Anschutz, Schneid, Crane & Pa
13010 Morris Rd., Suite 450
Alpharetta, GA 30004-2001

CrossCountry Mortgage, LLC
3333 Camino del Rio South, Suite 225
San Diego, CA 92108-3808

U.S. Bankruptcy Court
Sylvia H. Rambo US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102-1104

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Athene Annuity and Life Company
Robertson, Anschutz, Schneid, & Crane PL
13010 Morris Rd., Suite 450
Alpharetta, GA 30004-2001

Athene Annuity and Life Company
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

BSI Financial Srvs
Attn: Bankruptcy
4200 Regent Blvd. Ste B200
Irving, TX 75063-2240

Capital One
AttN: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Citibank
Attn: Bankruptcy Department
P.O.Box 790046
St. Louis, MO 63179-0046

Citibank N.A.
Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Citibank/The Home Depot
Citicorp Cr SrvsCentralized Bankruptcy
Po Box 790046
St Louis, MO 63179-0046

CrossCountry Mortgage, LLC
c/o ALDRIDGE PITE, LLP
3333 Camino del Rio South, Suite 225
San Diego, CA 92108-3808

IC Systems, Inc
Attn: Bankruptcy
444 Highway 96 East P.O. Box 64378
St. Paul, MN 55164-0378

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

MidFirst Bank
999 NorthWest Grand Boulevard
Oklahoma City, OK 73118-6051

National Recovery Agency
Attn: Bankruptcy
2491 Paxton St
Harrisburg, PA 17111-1036

Nationstar Mortgage Ll
Attn: Bankruptcy
Po Box 612488
Dallas, TX 75261-2488

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

(p)REPRISE FINANCIAL
Attn: Bankruptcy Department
PO Box 160
Coppell, TX 75019

Select Portfolio Servicing, Inc
Attn: Bankruptcy
Po Box 65250
Salt Lake City, UT 84165-0250

Springlight Financial
Attn: Bankruptcy
P.O.Box 143514
Irving, TX 75014-3514

Synchrony Bank/Lowes
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102-1104

Yendo Inc
Attn: Bankruptcy Dept
2700 Commerce St# 1001
Dallas, TX 75226-1404

Yendo Inc.
400 N. Ervay St Unit 130175
Dallas, Texas 75313-0014

(p)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

Jude Ikechukwu Mabu
6756 Jonestown Rd.
Harrisburg, PA 17112-3328

Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011-4706

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems, LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617

PNC Bank, National Association
PO BOX 94982
Cleveland, OH 44101

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

Reprise Financial
8333 Ridgepoint Drive #150
Irving, TX 75063

U.S. Bank National Association
Bankruptcy Department
PO Box 108
Saint Louis MO 63166-0108

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BANC OF CALIFORNIA

(u)MIDFIRST BANK

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 30 |
| Bypassed recipients | 2 |
| Total | 32 |